UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY M. RIVARD,<br><br>           Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)  Docket no. 2:21-cv-00128-GZS<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 25, 2021, his Recommended Decision (ECF No. 8). Plaintiff filed an Objection to the Recommended Decision (ECF No. 9) on June 29, 2021. Defendant filed a Response to this Objection (ECF No. 10) on July 12, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record. I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and thus determine that no further proceeding is necessary.

It is therefore **ORDERED** that:

1. the Recommended Decision of the Magistrate Judge (ECF No. 8) is hereby **AFFIRMED**.

2. Defendant's Motion to Transfer Venue (ECF No. 7) is **GRANTED** and this matter shall be transferred to the District of Vermont.

2

3. Defendant's Application to Proceed without Prepaying Fees or Costs (ECF No. 4) is **MOOT**.

/s/ George Z. Singal
United States District Judge

Dated this 19th day of July, 2021.